UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTEL, INC.,<br><br>                    Plaintiff,<br><br>           -v.-<br><br>1994_HONEYMOON, *et al.*,<br><br>                    Defendants. | 18 Civ. 10427 (KPF)<br><br>ORDER TO SHOW CAUSE |

KATHERINE POLK FAILLA, District Judge:

Upon the accompanying Affidavit of Andrew S. Chung in support of Plaintiff's application for an Order to Show Cause Why Default Judgment and a Permanent Injunction Should Not be Entered Against Defaulting Defendants, the Certificate of Service of the Summons, Complaint and TRO, the Certificate of the Clerk of the Court stating that no answer has been filed in this Action, and upon all other pleadings and papers on file in this action, it is hereby[1]:

ORDERED that Defaulting Defendants 1994_honeymoon, Actor, alan_flytimes, angelo beauty cosmetics company, Anime Bag World, Anime Clock World, Animetopia, apowu522,Babysbreathlive, Baffin, band sunglass, baolilibao, bearmama1314, BELONG 2 U, Big Outlets, C&R TECHNOLOGY CO., LIMITED, Chang Yao, cheapmall, chengxindianpu, Colorful candy, crazt fast stoy, Cultural Transmission, cxy666, Dongxing clothing store, dx.com, EMA BEST, escala, Everything I do, excelword, Fashion20156, Fire Shield, Flag flag shop, Four Cats, Freaky Fitness Tintin shop, FuJian LangShen,

---

[1] Where a defined term is referenced herein and not defined herein, the defined term should be understood as it is defined in the Glossary, Complaint or Application.

futongshangmaoyouxiangongsi, Gem Wen, Glamour life co., LTD, Goog again flagship store, Guangzhou wheeler co., LTD, HangWei, hangzhoujingpinbaobao, Head324Bird, hefangxiangstore, hekoguanghua4823, hello beauty girl, Herein, huasheng company ltd, huping-well, irevin shop, JACKLUO'S SHOP, jackyang8, JmZ, Just a start, Lance shop, LHQ_shop, LIFTCART, LIJUAN_SUM, linli shop, linlinshipin, linquanshop, linsaisai, lipengjingpindianpu, Living at home, liying fashion, ljstore1, lu lu min shop, maogege, MQStyle International, new cl, new good goods, New world new life, Nongnong, patra, pengmei jingpin dianpu, Qiao FengChou, raohuiyuan, runshion, shanghaihuwaiyundongshangmaoyouxiangongsi, shenzhenshishengnuosikejiyouxiangongsi, shenzhenshiyiyouwenjulipinyouxiangongsi, SHIMAOYONGTONG, shirly store, shurriktoys, So Fashion 2015, Sometimes321, spartan3411, Sport Scope, springbuy, Sun Digimon Special, Counter, Super Store, Sven Stores, The Colourful life, The debut, The life store, Three Tree, TiantianTop, tingtingguaiguai, top1store_Jiang, vaitex4you, vivian zhao international, VK Beauty Co.,Ltd, wangxin8520, wash, WGHZ Team, WGTD wholesale Co.,Ltd., Women's Fashion tools, Wuhan Shang Quan Trading Co., Ltd., wuyou, XIAMEN Hongxin electronic, Xuke International Trade Corporation, xxnncc, YIDEA, yinshunlong, yiwu fashionshow Ecommerce co.,ltd, yiwu puer E-commerce, YIWU PU'ER E-commerce Co.,Ltd, yongmaogifts, Young Style, Young-Forever, yuanzhenzhen, yuebo88yuebo01, ZALA Trade, zhanghongmei830 and zhangyuexin show cause before the Honorable

Katherine Polk Failla, in Courtroom 618 of the United States District Court for the Southern District of New York, at 40 Foley Square, New York, New York on **March 25, 2019, at 10:30 a.m.**, and show cause why an order should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure for the entry of a default judgment against each Defaulting Defendant awarding Plaintiff permanent injunctive relief, the total sum of Thirty-Four Million Two Hundred Fifty Thousand Dollars ($34,250,000.00) in statutory damages and post-judgment interest, and any other ancillary equitable relief as this Court may deem just and proper ("Show Cause Hearing").

ORDERED that the service of a copy of this ORDER TO SHOW CAUSE and its supporting papers, including the Affidavit (collectively, the "OSC Papers"), shall be made on each Defaulting Defendant by March 4, 2019, and deemed effective as to all of Defaulting Defendants if it is completed by the following means:

1. delivery of (i) PDF copies of the OTSC Papers or (ii) a link to a secure website (such asDropbox.com, NutStore.com, a large mail link created through RPost.com or via website publication through a specific page dedicated to this lawsuit accessible throughipcounselorslawsuit.com) where each Defaulting Defendant will be able to PDF copies of the OTSC Papers, to Defaulting Defendants' e-mail addresses as identified by ContextLogic pursuant to the November 9, 2018 Temporary Restraining Order.

ORDERED that opposing papers, if any, shall be filed with the Court and served on Plaintiff's counsel on or before **March 11, 2019**, by delivering copies thereof to the office of Epstein Drangel LLP at 60 East 42nd Street, Suite 2520, New York, New York 10165, Attn: Jason M. Drangel.  Plaintiff shall file any reply papers on or before **March 18, 2019**.  If Defaulting Defendants fail to appear at the Show Cause Hearing or otherwise fail to file a response to this ORDER TO SHOW CAUSE, a default judgment will be entered against each Defaulting Defendants.

SO ORDERED.

Dated:   February 26, 2019
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge