UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
MATTEL, INC.,

                       Plaintiff,        CIVIL ACTION
                                               18-cv-10427 (KPF)

      - against -                  **SATISFACTION OF JUDGMENT**

1994_HONEYMOON, *et al.*
                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       WHEREAS, a judgment was entered in the above action on the 27th day of March, 2019 in favor of Plaintiff Mattel, Inc. and against Defendant WGHZ Team in the amount of $50,000.00, and said judgment having been satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

       THEREFORE, satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the satisfaction on the docket of said judgment against Defendant WGHZ Team.

Dated: April 8, 2019                Respectfully submitted,
New York, New York

                                              EPSTEIN DRANGEL LLP

                                              BY: _____
                                              Brieanne Scully (BS 3711)
                                              bscully@ipcounselors.com
                                              60 East 42nd Street, Suite 2520
                                              New York, NY 10165
                                              Telephone:  (212) 292-5390
                                              Facsimile:   (212) 292-5391
                                              *Attorney for Plaintiff*
                                              *Mattel, Inc.*

NOAH D. RODMAN
Notary Public, State of New York
Registration #01RO6249146
Qualified In Westchester County
Commission Expires 10/17/2019