UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MATTEL, INC.,

                       Plaintiff,     CIVIL ACTION
                                       18-cv-10427 (KPF)

      - against -                **SATISFACTION OF JUDGMENT**

1994_HONEYMOON, *et al.*
                         Defendants.
------------------------------------x

      WHEREAS, a judgment was entered in the above action on the 27th day of March, 2019 in favor of Plaintiff Mattel, Inc. and against Defendant Anime Bag World in the amount of $50,000.00, and said judgment having been satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

      THEREFORE, satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the satisfaction on the docket of said judgment against Defendant Anime Bag World.

Dated: April 8, 2019          Respectfully submitted,
New York, New York

                                         EPSTEIN DRANGEL LLP

                                         BY: _____
                                         Brieanne Scully (BS 3711)
                                         bscully@ipcounselors.com
                                         60 East 42nd Street, Suite 2520
                                         New York, NY 10165
                                         Telephone:  (212) 292-5390
                                         Facsimile:   (212) 292-5391
                                         *Attorney for Plaintiff*
                                         *Mattel, Inc.*

NOAH D. RODMAN
Notary Public, State of New York
Registration #01RO6249146
Qualified In Westchester County
Commission Expires 10/17/2019