UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/13/19
```

MATTEL, INC.,

                            Plaintiff,      CIVIL ACTION
                                         18-cv-10427 (KPF)

          - against -                **SATISFACTION OF JUDGMENT**

1994_HONEYMOON, et al.

                            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, a judgment was entered in the above action on the 27th day of March, 2019 in favor of Plaintiff Mattel, Inc. and against Defendant baolilibao in the amount of $50,000.00, and said judgment having been satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

        THEREFORE, satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the satisfaction on the docket of said judgment against Defendant baolilibao.

Dated: April 29, 2019          Respectfully submitted,
New York, New York

                                                EPSTEIN DRANGEL LLP

                                               BY: _____
                                               Brieanne Scully (BS 3711)
                                               bscully@ipcounselors.com
                                               60 East 42nd Street, Suite 2520

```
NOAH D. RODMAN
Notary Public, State of New York
Registration #01RO6249146
Qualified In Westchester County
Commission Expires 10/17/20
```

                                               New York, NY 10165
                                               Telephone:  (212) 292-5390
                                               Facsimile:   (212) 292-5391
                                               *Attorney for Plaintiff*
                                               *Mattel, Inc.*